

222 Bloomingdale Road
Suite 202
White Plains, New York 10605
Office: 914-358-1373
Fax: 914-358-1381
www.attorneyswestchester.com

**VIA ECF**

January 22, 2024

Hon. Carol Bagley Amon
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

                Re: USA v. Amanda Lubrano
                    23-CR-00270-001 (CBA)

Dear Judge Amon:

      The undersigned represents Amanda Lubrano, in the above referenced matter. Having received and reviewed and Presentence Investigation Report, I respectfully ask the Court to direct and permit the U.S. Probation Office to release to me any Sentencing Recommendation, such that I may more effectively prepare a sentencing submission and prepare for the sentencing hearing.

      I thank the Court for its courtesy and consideration.

                                                                  Very truly yours,

                                                                Kevin B. Faga, Esq (KF5829)

cc: AUSA Lindsay Oken, via email and ECF